| Prob 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
| --- | --- |
| # TRANSFER OF JURISDICTION | 11-00023-01-CR-W-DW |
| | DOCKET NUMBER *(Rec. Court)* |
| | 3:13-00075-01 |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| John C. Shuford Jr. | Western District of Missouri | Western Division |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Dean Whipple | |
| | DATES OF PROBATION /SUPERVISED RELEASE: | From 10/18/2011 | To 10/17/2016 |

**OFFENSE**

Mail Fraud

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 30, 2012
Date

DEAN WHIPPLE
SENIOR U.S. DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of the order.

4-22-13
Effective Date