IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Docket No. 3:13-CR-00075 |
| | ) | JUDGE HAYNES |
| JOHN SHUFORD | ) | |

**MOTION TO REMOVE CURFEW
AS A CONDITION OF PROBATION**

*[Handwritten annotation: DENIED / This motion is granted. Will [illegible] / [signature] 7-8-13]*

Comes now the defendant/probationer, JOHN SHUFORD, by and through counsel of record, Travis Hawkins, and hereby requests to have curfew removed as a condition of his probation.

In support, petitioner would show that he has been on supervised probation since he was sentenced for mail fraud (18 U.S.C. § 1341 and 2) out of the United States District Court for the Western District of Missouri October 18, 2011. Defendant's case was transferred to this district on April 22, 2013.

Mr. Shuford was placed on probation at sentencing. As part of the judgment, he has been subject to a curfew providing that he must be at his residence between the hours of 10 p.m. to 6 a.m., seven days a week.

Petitioner would show that in past 21 months, he has been in full compliance with all terms of his probation, according to supervising U.S. Probation Officer Paul Montgomery. Accordingly, probationer respectfully moves this Court to lift the above curfew as a condition of his probation. The supervising probation officer expressed no opposition to the lifting of this condition.