IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Docket No. 3:13-00075-01 |
| | ) JUDGE HAYNES |
| JOHN SHUFORD | ) |

<u>JOINT MOTION IN SUPPORT OF PETITION TO MODIFY CONDITIONS OF RELEASE</u>

Come now the parties, by and through counsel, and hereby jointly move the Court to modify the terms of defendant John Shuford's release to require his participation in a mental health program. The parties are in agreement with the petition filed by U.S. Probation Officer Jon R. Hahn (Doc. No. 5).

The parties jointly advise that the hearing on the petition set for Friday January 24, 2014 at 4:00 p.m. is not necessary unless the Court determines otherwise.

*[Handwritten annotation: ORDER. This motion is granted. Counsel shall submit an agreed order reflecting the modification. /s/ [signature] 1-23-14]*

Respectfully submitted,

s/Travis Hawkins
THE HAWKINS LAW FIRM
Attorney for Defendant
120 Old Liberty Pike
Franklin, Tennessee 37064
(615)599-1010

s/Sandra Moses (By GTH with permission)
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
(615)736-5151